UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WATKINS,

    Plaintiff,

Case No.: 1:13-cr-147

v.

HONORABLE PAUL L. MALONEY

MARK ARNTZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ecf No. 44). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's motion for summary judgment (ECF No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's motion for summary judgment based on the affirmative defense provided by 42 U.S.C. § 1997e(a) (ECF No. 16) is **DENIED AS MOOT**.

Dated: December 12, 2013            /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge