UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WATKINS,

       Plaintiff,

                                                      Case No. 1:13-cv-147

v.

                                                      HONORABLE PAUL L. MALONEY

MARK ARNTZ,

       Defendant,
_____/

## **JUDGMENT**

      Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date: December 12, 2013                                    /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                               Chief United States District