UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WATKINS,

    Plaintiff,

v.

MARK ARNTZ,

    Defendant,
_____/

Case No. 1:13-cv-147

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date: December 12, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District